| | |
|---|---|
| Richard B. Brualdi<br>Sue Lee<br>**THE BRUALDI LAW FIRM, P.C.**<br>29 Broadway, Suite 2400<br>New York, New York 10006<br>Telephone (212) 952-0602 | ```
E-FILED 01-27-10
JS-6
``` |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLPOINT, INC. OUT-OF-NETWORK "UCR" RATES LITIGATION<br><br>THIS DOCUMENT RELATES ONLY TO *HAROLD S. BERNARD, Ph.D. v WELLPOINT, INC.*<br>**CASE NO. CV 09-6726 PSG (CTx)** | Master Consolidated Case<br>File No. 2:09-ml-02074<br><br>`CV 09-6726-PSG` ✓<br><br>**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) OF FED. R. CIV. P. ;**<br>`ORDER` |

---

**09-cv-6726**        NOTICE OF DISMISSAL PURSUANT TO R. 41(a) OF FED. R. CIV. P.

- 1 -

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Harold S. Bernard, Ph.D, pursuant to Federal Rule of Civil Procedure 41(a) dismisses the case *Harold S. Bernard, Ph.D v. Wellpoint, Inc.,* Case No. CV09-6726 PSG (CTx) only.  No other party or action in the MDL proceeding should be dismissed.

Dated:  January 25, 2010

**THE BRUALDI LAW FIRM, P.C.**

By:_/s/ Richard B. Brualdi_____
    Richard B. Brualdi

29 Broadway, Suite 2400
New York, New York 10006
Telephone (212) 952-0602
Facsimile: (212) 952-0608
Email: rbrualdi@brualdilawfirm.com

Dated: 01-26-10

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

---

**09-cv-6726**      NOTICE OF DISMISSAL PURSUANT TO R. 41(a) OF FED. R. CIV. P.